March 11, 2011

Mr. George W. Lang II
State Counsel for Offenders
Post Office Box 4005
HUNTSVILLE, TX 77342-4005
Ms. Melinda Fletcher
Special Prosecution Unit
P. O. Box 1744
Amarillo, TX 79105

RE: Case Number: 10-0280
 Court of Appeals Number: 09-08-00482-CV
 Trial Court Number: 08-01-00790-CV

Style: IN RE COMMITMENT OF SETH HILL

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Barbara |
| |Gladden-Adamick |
| |Ms. Carol Anne Flores |